**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1794**

---

MEL M. MARIN,

Plaintiff - Appellant,

versus

COMMISSIONER OF THE INTERNAL REVENUE SERVICE,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, District Judge.  (CA-95-1444-A)

---

Submitted:  September 20, 1996        Decided:  October 3, 1996

---

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Mel M. Marin, Appellant Pro Se.  Gary R. Allen, Charles Edward Brookhart, Sally J. Schornstheimer, Paula Keyser Speck, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order (1) dismissing his complaint and (2) denying his motion to amend the judgment under Fed. R. Civ. P. 59(e). Because venue was not proper in the Eastern District of Virginia, and because Appellant failed to effect proper service of process, we affirm the district court's dismissal of his complaint on both grounds. We affirm the denial of Appellant's Rule 59(e) motion on the reasoning of the district court. Marin v. Commissioner, No. CA-95-1444-A (E.D. Va. Apr. 2, 1996).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Marin's "Motion for writ of mandamus to order lower court inquiry" and "Motion to seal supplemental material" are hereby denied.

2